20-cv-1455 SRN/KMM

In the United States District Court
for the District of Minnesota

Michael Hari,
          Plaintiff *pro se*

vs.

Joel Smith, *et al.*

          Defendants.

) 
) 
) 
) No. _____-_____
) 
) Plaintiff'
) Index of Exhibits

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's Index of Exhibits in Support of his Civil Rights Complaint

1 System Information Report/Audit Log from Sherburne County Jail Computer
2 Screenshot of Intel Access Monitor, Sherburne County Jail Computer
3 Date/Time Screenshot January 21, 2020 9:20 AM = January 16 2:22 PM
4 Sherburne County Flash Drive Privacy
5 Printer Test Page
6 Clem Thiel Grievance
7 Grievance 105 574 Mail Tampering (2 Pages)
8 HP DeskJet 110 Permissions (2 Pages)
9 Letter to Clerk of October 18, 19
10 Beaumaster Grievance 106 928 Inquiry 20-000 082, 95 567, 20-000 324, Zerwas Request 105 789, 7 Pages
11 Hoppe Reply to Beaumaster Grievance Inquiry
12 Interference with Court Communications Letter I 10/15/19
13 Interference with Court Communications Letter II 10/18/19
14 Clerk letter of October 26, 2019
15 Grievance Appeal 20-00 064 Private Phone Sherburne 105 909 3 pages
16. Mike Sieg Request 10-18-19 1 page

24/25



SCANNED
MY JUN 25 2020
U.S. DISTRICT COURT MPLS

17. Mike Sieg Request 1/28/20 1 Page
18. Sherburne County Phone Call Notice 1 Page
20 Screen Shot Changes Made by Others 2/3/20 & 2/20/20 1 Pag
21 Blank, no Document
22 Dontay Reese Affidavits One and Two (2 PAGES)
23 Sherburne County Grievance #107558, Appeal, Answers (4 Pages)
24 Dontay Reese Affidavit Three (One Page)
25 Sherburne Grievance 109 249
26 Inman Smith E-Mail
27 March 16 Envelope/Post-It Opened Before Delivery Sherburne County
28 TPM Screenshot / Intel Management System
29 FileVault Settings

The undersigned Plaintiff Michael Hari affirms that the documents described above and included in this index are authentic as to his knowledge and belief.

_____
Michael Hari, Plaintiff *pro se*

6/19/20

"We must die, but must we die groaning? We must be imprisoned, but must we whine as well? What say you, fellows? My leg you will chain, yes; but my will, no, not even Zeus can conquer that."   *Epictetus*