System Information report written at: 01/30/20 05:07:48
System Name: MININT-QG7H4BR

[Access Monitor Reporting (C:\Users\Jail\AppData\Local\Temp\AuditLog.nfo)]

| Application | Event | Initiator | Time | InitiatorNetAddress | ExtendedData |
|---|---|---|---|---|---|
| Network Time | Time Set | $OsAdmin | 1/1/2004 02:14:23 | 127.0.0.1 | Intel(R) AMT Time: 1/26/2017 07:19:04 |
| Network Time | Time Set | $OsAdmin | 6/6/2018 20:45:39 | 127.0.0.1 | Intel(R) AMT Time: 6/6/2018 13:42:41 |
| Network Time | Time Set | $OsAdmin | 10/30/2018 13:41:57 | 127.0.0.1 | Intel(R) AMT Time: 10/30/2018 13:41:04 |
| Network Time | Time Set | $OsAdmin | 11/7/2018 19:46:20 | 127.0.0.1 | Intel(R) AMT Time: 11/7/2018 18:46:20 |
| Network Time | Time Set | $OsAdmin | 12/6/2018 18:15:14 | 127.0.0.1 | Intel(R) AMT Time: 12/6/2018 17:54:15 |
| Network Time | Time Set | $OsAdmin | 12/6/2018 18:20:51 | 127.0.0.1 | Intel(R) AMT Time: 12/6/2018 17:20:50 |
| Network Time | Time Set | $OsAdmin | 12/12/2018 22:12:39 | 127.0.0.1 | Intel(R) AMT Time: 12/12/2018 21:01:39 |
| Network Time | Time Set | $OsAdmin | 12/13/2018 14:51:51 | 127.0.0.1 | Intel(R) AMT Time: 12/13/2018 13:51:50 |
| Network Time | Time Set | $OsAdmin | 2/21/2019 15:47:00 | 127.0.0.1 | Intel(R) AMT Time: 2/16/2019 15:47:00 |
| Network Time | Time Set | $OsAdmin | 2/21/2019 09:56:56 | 127.0.0.1 | Intel(R) AMT Time: 2/21/2019 08:56:09 |
| Network Time | Time Set | $OsAdmin | 2/22/2019 13:32:02 | 127.0.0.1 | Intel(R) AMT Time: 2/22/2019 12:32:02 |
| Network Time | Time Set | $OsAdmin | 2/23/2019 08:10:11 | 127.0.0.1 | Intel(R) AMT Time: 2/23/2019 07:10:11 |
| Network Time | Time Set | $OsAdmin | 2/25/2019 08:37:42 | 127.0.0.1 | Intel(R) AMT Time: 2/25/2019 07:37:33 |
| Network Time | Time Set | $OsAdmin | 2/26/2019 03:55:51 | 127.0.0.1 | Intel(R) AMT Time: 2/26/2019 02:55:51 |
| Network Time | Time Set | $OsAdmin | 2/27/2019 03:08:11 | 127.0.0.1 | Intel(R) AMT Time: 2/27/2019 02:08:11 |
| Network Time | Time Set | $OsAdmin | 2/28/2019 02:02:14 | 127.0.0.1 | Intel(R) AMT Time: 2/28/2019 01:02:14 |
| Network Time | Time Set | $OsAdmin | 2/28/2019 07:39:23 | 127.0.0.1 | Intel(R) AMT Time: 2/28/2019 06:39:22 |
| Network Time | Time Set | $OsAdmin | 3/1/2019 00:03:26 | 127.0.0.1 | Intel(R) AMT Time: 2/28/2019 23:03:26 |
| Network Time | Time Set | $OsAdmin | 3/2/2019 00:42:51 | 127.0.0.1 | Intel(R) AMT Time: 3/1/2019 23:42:50 |
| Network Time | Time Set | $OsAdmin | 3/2/2019 06:56:08 | 127.0.0.1 | Intel(R) AMT Time: 3/2/2019 05:56:09 |
| Network Time | Time Set | $OsAdmin | 3/3/2019 21:06:52 | 127.0.0.1 | Intel(R) AMT Time: 3/3/2019 20:06:50 |
| Network Time | Time Set | $OsAdmin | 3/4/2019 22:36:51 | 127.0.0.1 | Intel(R) AMT Time: 3/4/2019 21:36:50 |
| Network Time | Time Set | $OsAdmin | 3/4/2019 05:08:33 | 127.0.0.1 | Intel(R) AMT Time: 3/4/2019 04:08:33 |
| Network Time | Time Set | $OsAdmin | 3/4/2019 18:11:52 | 127.0.0.1 | Intel(R) AMT Time: 3/4/2019 17:11:53 |
| Network Time | Time Set | $OsAdmin | 3/6/2019 01:45:55 | 127.0.0.1 | Intel(R) AMT Time: 3/6/2019 00:45:55 |
| Network Time | Time Set | $OsAdmin | 3/6/2019 16:08:37 | 127.0.0.1 | Intel(R) AMT Time: 3/6/2019 14:08:36 |
| Network Time | Time Set | $OsAdmin | 3/9/2019 13:03:27 | 127.0.0.1 | Intel(R) AMT Time: 3/9/2019 12:03:26 |
| Network Time | Time Set | $OsAdmin | 10/15/2019 15:53:43 | 127.0.0.1 | Intel(R) AMT Time: 10/15/2018 15:53:44 |
| Network Time | Time Set | $OsAdmin | 10/15/2018 17:31:04 | 127.0.0.1 | Intel(R) AMT Time: 10/16/2019 19:30:52 |
| Network Time | Time Set | $OsAdmin | 11/3/2019 15:29:58 | 127.0.0.1 | Intel(R) AMT Time: 11/3/2019 14:29:58 |
| Network Time | Time Set | $OsAdmin | 11/4/2019 22:49:13 | 127.0.0.1 | Intel(R) AMT Time: 11/4/2019 21:49:13 |
| Network Time | Time Set | $OsAdmin | 11/5/2019 16:37:44 | 127.0.0.1 | Intel(R) AMT Time: 11/5/2019 15:37:43 |
| Network Time | Time Set | $OsAdmin | 11/6/2019 13:53:43 | 127.0.0.1 | Intel(R) AMT Time: 11/6/2019 12:53:42 |
| Network Time | Time Set | $OsAdmin | 11/6/2019 13:48:07 | 127.0.0.1 | Intel(R) AMT Time: 11/6/2019 12:48:07 |
| Network Time | Time Set | $OsAdmin | 11/6/2019 18:51:33 | 127.0.0.1 | Intel(R) AMT Time: 11/6/2019 17:51:32 |
| Network Time | Time Set | $OsAdmin | 11/6/2019 18:37:24 | 127.0.0.1 | Intel(R) AMT Time: 11/6/2019 17:37:24 |
| Network Time | Time Set | $OsAdmin | 11/6/2019 17:54:08 | 127.0.0.1 | Intel(R) AMT Time: 11/6/2019 16:54:08 |
| Network Time | Time Set | $OsAdmin | 11/7/2019 08:44:16 | 127.0.0.1 | Intel(R) AMT Time: 11/7/2019 07:44:15 |

Plaintiff's Exhibit #1
Pg #1/4

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

System Information

System Information

| Event | Actor | Time | IP | Intel(R) AMT Time |
|---|---|---|---|---|
| Network Time Set | $osAdmin | 11/7/2019 11:45:06 | 127.0.0.1 | 11/7/2019 10:45:05 |
| Network Time Set | $osAdmin | 11/13/2019 14:20:59 | 127.0.0.1 | 11/13/2019 13:20:58 |
| Network Time Set | $osAdmin | 11/15/2019 07:37:33 | 127.0.0.1 | 11/15/2019 06:37:33 |
| Network Time Set | $osAdmin | 11/17/2019 03:10:54 | 127.0.0.1 | 11/17/2019 02:10:54 |
| Network Time Set | $osAdmin | 11/18/2019 05:32:19 | 127.0.0.1 | 11/18/2019 04:32:20 |
| Network Time Set | $osAdmin | 11/21/2019 04:32:54 | 127.0.0.1 | 11/21/2019 03:32:53 |
| Network Time Set | $osAdmin | 11/22/2019 09:08:41 | 127.0.0.1 | 11/22/2019 08:08:41 |
| Network Time Set | $osAdmin | 11/26/2019 02:51:40 | 127.0.0.1 | 11/26/2019 01:51:40 |
| Network Time Set | $osAdmin | 11/27/2019 02:51:00 | 127.0.0.1 | 11/27/2019 01:51:00 |
| Network Time Set | $osAdmin | 11/29/2019 00:27:36 | 127.0.0.1 | 11/29/2019 23:27:36 |
| Network Time Set | $osAdmin | 11/29/2019 20:25:45 | 127.0.0.1 | 11/29/2019 19:25:43 |
| Network Time Set | $osAdmin | 11/30/2019 19:21:08 | 127.0.0.1 | 11/30/2019 18:21:09 |
| Network Time Set | $osAdmin | 12/2/2019 21:36:20 | 127.0.0.1 | 12/2/2019 20:36:19 |
| Network Time Set | $osAdmin | 12/2/2019 17:09:22 | 127.0.0.1 | 12/2/2019 16:09:21 |
| Network Time Set | $osAdmin | 12/3/2019 00:51:57 | 127.0.0.1 | 12/3/2019 23:51:57 |
| Network Time Set | $osAdmin | 12/7/2019 18:37:09 | 127.0.0.1 | 12/7/2019 17:37:09 |
| Network Time Set | $osAdmin | 12/11/2019 17:40:55 | 127.0.0.1 | 12/11/2019 16:40:55 |
| Network Time Set | $osAdmin | 12/11/2019 07:12:51 | 127.0.0.1 | 12/11/2019 06:12:52 |
| Network Time Set | $osAdmin | 12/10/2019 19:58:12 | 127.0.0.1 | 12/10/2019 18:58:10 |
| Network Time Set | $osAdmin | 12/9/2019 12:45:02 | 127.0.0.1 | 12/9/2019 11:45:01 |
| Network Time Set | $osAdmin | 12/8/2019 10:04:39 | 127.0.0.1 | 12/8/2019 09:04:39 |
| Network Time Set | $osAdmin | 12/5/2019 14:35:03 | 127.0.0.1 | 12/5/2019 13:35:03 |
| Network Time Set | $osAdmin | 12/4/2019 20:53:18 | 127.0.0.1 | 12/4/2019 19:53:37 |
| Network Time Set | $osAdmin | 12/4/2019 17:00:42 | 127.0.0.1 | 12/4/2019 16:00:41 |
| Network Time Set | $osAdmin | 12/4/2019 02:19:33 | 127.0.0.1 | 12/4/2019 01:19:33 |
| Network Time Set | $osAdmin | 12/12/2019 15:59:51 | 127.0.0.1 | 12/12/2019 14:59:51 |
| Network Time Set | $osAdmin | 12/13/2019 03:09:08 | 127.0.0.1 | 12/13/2019 02:09:09 |
| Network Time Set | $osAdmin | 12/13/2019 13:33:42 | 127.0.0.1 | 12/13/2019 12:33:42 |
| Network Time Set | $osAdmin | 12/14/2019 01:04:36 | 127.0.0.1 | 12/14/2019 00:04:35 |
| Network Time Set | $osAdmin | 12/14/2019 11:12:10 | 127.0.0.1 | 12/14/2019 10:12:11 |
| Network Time Set | $osAdmin | 12/14/2019 23:11:44 | 127.0.0.1 | 12/14/2019 22:14:43 |
| Network Time Set | $osAdmin | 12/15/2019 01:49:15 | 127.0.0.1 | 12/15/2019 00:49:14 |
| Network Time Set | $osAdmin | 12/18/2019 07:44:50 | 127.0.0.1 | 12/18/2019 06:44:49 |
| Network Time Set | $osAdmin | 12/18/2019 20:15:15 | 127.0.0.1 | 12/18/2019 19:15:15 |
| Network Time Set | $osAdmin | 12/18/2019 22:55:51 | 127.0.0.1 | 12/18/2019 21:55:50 |
| Network Time Set | $osAdmin | 12/19/2019 21:36:55 | 127.0.0.1 | 12/19/2019 20:36:56 |
| Network Time Set | $osAdmin | 12/20/2019 03:05:19 | 127.0.0.1 | 12/20/2019 02:05:18 |
| Network Time Set | $osAdmin | 12/21/2019 02:17:20 | 127.0.0.1 | 12/21/2019 01:17:19 |
| Network Time Set | $osAdmin | 12/21/2019 18:35:07 | 127.0.0.1 | 12/21/2019 17:35:07 |
| Network Time Set | $osAdmin | 12/22/2019 00:03:25 | 127.0.0.1 | 12/22/2019 23:03:26 |
| Network Time Set | $osAdmin | 12/22/2019 21:54:34 | 127.0.0.1 | 12/22/2019 20:54:34 |
| Network Time Set | $osAdmin | 12/23/2019 02:08:32 | 127.0.0.1 | 12/23/2019 01:08:31 |
| Network Time Set | $osAdmin | 12/23/2019 21:06:59 | 127.0.0.1 | 12/23/2019 20:06:58 |
| Network Time Set | $osAdmin | 12/25/2019 10:11:05 | 127.0.0.1 | 12/25/2019 09:11:04 |

| Event | User | Network Time Set | IP | Intel(R) AMT Time |
|---|---|---|---|---|
| Network Time Set | $OsAdmin | 12/25/2019 19:34:01 | 127.0.0.1 | 12/25/2019 18:34:00 |
| Network Time Set | $OsAdmin | 12/26/2019 08:11:53 | 127.0.0.1 | 12/26/2019 07:11:52 |
| Network Time Set | $OsAdmin | 12/26/2019 10:32:55 | 127.0.0.1 | 12/26/2019 09:32:55 |
| Network Time Set | $OsAdmin | 12/27/2019 16:01:01 | 127.0.0.1 | 12/27/2019 15:01:00 |
| Network Time Set | $OsAdmin | 12/28/2019 08:44:53 | 127.0.0.1 | 12/28/2019 07:44:53 |
| Network Time Set | $OsAdmin | 12/28/2019 12:53:21 | 127.0.0.1 | 12/28/2019 11:53:20 |
| Network Time Set | $OsAdmin | 12/28/2019 12:51:13 | 127.0.0.1 | 12/28/2019 11:51:13 |
| Network Time Set | $OsAdmin | 12/28/2019 12:10:08 | 127.0.0.1 | 12/28/2019 11:10:08 |
| Network Time Set | $OsAdmin | 12/28/2019 03:37:58 | 127.0.0.1 | 12/28/2019 02:37:58 |
| Network Time Set | $OsAdmin | 12/29/2019 03:37:29 | 127.0.0.1 | 12/29/2019 02:37:28 |
| Network Time Set | $OsAdmin | 12/29/2019 20:19:57 | 127.0.0.1 | 12/29/2019 19:19:56 |
| Network Time Set | $OsAdmin | 12/29/2019 07:57:33 | 127.0.0.1 | 12/29/2019 06:57:32 |
| Network Time Set | $OsAdmin | 12/29/2019 07:37:03 | 127.0.0.1 | 12/29/2019 06:37:03 |
| Network Time Set | $OsAdmin | 12/29/2019 07:06:53 | 127.0.0.1 | 12/29/2019 06:06:52 |
| Network Time Set | $OsAdmin | 12/29/2019 21:34:13 | 127.0.0.1 | 12/29/2019 20:34:13 |
| Network Time Set | $OsAdmin | 12/29/2019 01:55:00 | 127.0.0.1 | 12/29/2019 00:54:59 |
| Network Time Set | $OsAdmin | 12/29/2019 02:22:45 | 127.0.0.1 | 12/29/2019 01:22:45 |
| Network Time Set | $OsAdmin | 12/30/2019 20:08:38 | 127.0.0.1 | 12/29/2019 19:08:37 |
| Network Time Set | $OsAdmin | 12/30/2019 19:38:37 | 127.0.0.1 | 12/29/2019 18:38:37 |
| Network Time Set | $OsAdmin | 12/30/2019 15:00:23 | 127.0.0.1 | 12/30/2019 14:00:22 |
| Network Time Set | $OsAdmin | 12/30/2019 08:39:50 | 127.0.0.1 | 12/30/2019 07:39:50 |
| Network Time Set | $OsAdmin | 12/30/2019 07:47:47 | 127.0.0.1 | 12/30/2019 06:47:47 |
| Network Time Set | $OsAdmin | 12/30/2019 18:28:25 | 127.0.0.1 | 12/30/2019 17:28:24 |
| Network Time Set | $OsAdmin | 12/30/2019 18:22:37 | 127.0.0.1 | 12/30/2019 17:22:37 |
| Network Time Set | $OsAdmin | 12/30/2019 18:37:41 | 127.0.0.1 | 12/30/2019 17:37:41 |
| Network Time Set | $OsAdmin | 12/30/2019 18:55:33 | 127.0.0.1 | 12/30/2019 17:55:32 |
| Network Time Set | $OsAdmin | 12/30/2019 17:39:01 | 127.0.0.1 | 12/30/2019 16:39:01 |
| Network Time Set | $OsAdmin | 12/30/2019 16:37:13 | 127.0.0.1 | 12/30/2019 15:37:13 |
| Network Time Set | $OsAdmin | 12/30/2019 15:39:24 | 127.0.0.1 | 12/30/2019 14:39:24 |
| Network Time Set | $OsAdmin | 12/30/2019 14:00:22 | 127.0.0.1 | 12/30/2019 13:00:21 |
| Network Time Set | $OsAdmin | 12/31/2019 13:13:29 | 127.0.0.1 | 12/31/2019 12:13:30 |
| Network Time Set | $OsAdmin | 12/31/2019 12:59:41 | 127.0.0.1 | 12/31/2019 11:59:40 |
| Network Time Set | $OsAdmin | 12/31/2019 08:39:50 | 127.0.0.1 | 12/31/2019 07:39:50 |
| Network Time Set | $OsAdmin | 12/31/2019 07:47:47 | 127.0.0.1 | 12/31/2019 06:47:47 |
| Network Time Set | $OsAdmin | 12/31/2019 09:25:44 | 127.0.0.1 | 12/31/2019 08:25:45 |
| Network Time Set | $OsAdmin | 1/1/2020 06:43:47 | 127.0.0.1 | 1/1/2020 05:43:47 |
| Network Time Set | $OsAdmin | 1/1/2020 04:39:31 | 127.0.0.1 | 1/1/2020 03:39:31 |
| Network Time Set | $OsAdmin | 1/1/2020 02:13:07 | 127.0.0.1 | 1/1/2020 01:13:06 |
| Network Time Set | $OsAdmin | 1/1/2020 22:16:09 | 127.0.0.1 | 1/1/2020 20:16:08 |
| Network Time Set | $OsAdmin | 1/1/2020 23:34:21 | 127.0.0.1 | 1/1/2020 20:16:08 |
| Network Time Set | $OsAdmin | 1/1/2020 20:19:57 | 127.0.0.1 | 1/1/2020 19:19:01 |
| Network Time Set | $OsAdmin | 1/2/2020 01:49:05 | 127.0.0.1 | 1/2/2020 23:34:22 |
| Network Time Set | $OsAdmin | 1/2/2020 03:56:48 | 127.0.0.1 | 1/2/2020 02:56:49 |
| Network Time Set | $OsAdmin | 1/2/2020 01:49:05 | 127.0.0.1 | 1/2/2020 02:49:04 |
| Network Time Set | $OsAdmin | 1/2/2020 17:04:59 | 127.0.0.1 | 1/2/2020 16:04:59 |
| Network Time Set | $OsAdmin | 1/2/2020 19:47:29 | 127.0.0.1 | 1/2/2020 18:47:29 |
| Network Time Set | $OsAdmin | 1/2/2020 14:44:53 | 127.0.0.1 | 1/2/2020 13:44:52 |
| Network Time Set | $OsAdmin | 1/3/2020 01:15:30 | 127.0.0.1 | 1/3/2020 00:15:30 |
| Network Time Set | $OsAdmin | 1/3/2020 16:41:57 | 127.0.0.1 | 1/3/2020 15:44:57 |
| Network Time Set | $OsAdmin | 1/3/2020 21:12:15 | 127.0.0.1 | 1/3/2020 20:12:14 |
| Network Time Set | $OsAdmin | 1/3/2020 21:11:26 | 127.0.0.1 | 1/3/2020 20:11:26 |

M43/4 #1

System Information

| Network Time | Time Set | $SOsAdmin | | | | Intel(R) AMT Time: |
|---|---|---|---|---|---|---|
| Network Time | Time Set | $SOsAdmin | 1/4/2020 | 10:03:38 | 127.0.0.1 | Intel(R) AMT Time: 1/4/2020 09:03:37 |
| Network Time | Time Set | $SOsAdmin | 1/5/2020 | 08:57:03 | 127.0.0.1 | Intel(R) AMT Time: 1/5/2020 07:57:02 |
| Network Time | Time Set | $SOsAdmin | 1/6/2020 | 08:04:57 | 127.0.0.1 | Intel(R) AMT Time: 1/6/2020 07:04:56 |
| Network Time | Time Set | $SOsAdmin | 1/9/2020 | 07:04:57 | 127.0.0.1 | Intel(R) AMT Time: 1/9/2020 06:04:56 |
| Network Time | Time Set | $SOsAdmin | 1/10/2020 | 06:27:40 | 127.0.0.1 | Intel(R) AMT Time: 1/10/2020 05:27:40 |
| Network Time | Time Set | $SOsAdmin | 1/10/2020 | 08:33:50 | 127.0.0.1 | Intel(R) AMT Time: 1/10/2020 07:33:49 |
| Network Time | Time Set | $SOsAdmin | 1/10/2020 | 10:34:33 | 127.0.0.1 | Intel(R) AMT Time: 1/10/2020 09:34:33 |
| Network Time | Time Set | $SOsAdmin | 1/10/2020 | 12:04:47 | 127.0.0.1 | Intel(R) AMT Time: 1/10/2020 11:04:46 |
| Network Time | Time Set | $SOsAdmin | 1/11/2020 | 02:03:08 | 127.0.0.1 | Intel(R) AMT Time: 1/11/2020 01:03:09 |
| Network Time | Time Set | $SOsAdmin | 1/11/2020 | 07:50:49 | 127.0.0.1 | Intel(R) AMT Time: 1/11/2020 06:50:49 |
| Network Time | Time Set | $SOsAdmin | 1/13/2020 | 00:01:40 | 127.0.0.1 | Intel(R) AMT Time: 1/12/2020 23:01:41 |
| Network Time | Time Set | $SOsAdmin | 1/14/2020 | 23:02:59 | 127.0.0.1 | Intel(R) AMT Time: 1/14/2020 22:02:58 |
| Network Time | Time Set | $SOsAdmin | 1/15/2020 | 21:59:42 | 127.0.0.1 | Intel(R) AMT Time: 1/15/2020 20:59:42 |
| Network Time | Time Set | $SOsAdmin | 1/16/2020 | 21:17:15 | 127.0.0.1 | Intel(R) AMT Time: 1/16/2020 20:17:15 |
| Network Time | Time Set | $SOsAdmin | 1/18/2020 | 02:45:47 | 127.0.0.1 | Intel(R) AMT Time: 1/18/2020 01:45:46 |
| Network Time | Time Set | $SOsAdmin | 1/20/2020 | 19:10:56 | 127.0.0.1 | Intel(R) AMT Time: 1/20/2020 18:10:56 |
| Network Time | Time Set | $SOsAdmin | 1/20/2020 | 21:31:45 | 127.0.0.1 | Intel(R) AMT Time: 1/20/2020 20:31:45 |
| Network Time | Time Set | $SOsAdmin | 1/25/2020 | 02:51:33 | 127.0.0.1 | Intel(R) AMT Time: 1/25/2020 01:51:32 |
| Network Time | Time Set | $SOsAdmin | 1/26/2020 | 22:50:48 | 127.0.0.1 | Intel(R) AMT Time: 1/26/2020 21:50:47 |
| Network Time | Time Set | $SOsAdmin | 1/28/2020 | 01:35:28 | 127.0.0.1 | Intel(R) AMT Time: 1/28/2020 00:35:28 |
| Network Time | Time Set | $SOsAdmin | 1/28/2020 | 20:22:21 | 127.0.0.1 | Intel(R) AMT Time: 1/28/2020 19:22:20 |
| Network Time | Time Set | $SOsAdmin | 1/29/2020 | 22:53:25 | 127.0.0.1 | Intel(R) AMT Time: 1/29/2020 21:53:25 |
| Network Time | Time Set | $SOsAdmin | 1/29/2020 | 19:17:06 | 127.0.0.1 | Intel(R) AMT Time: 1/29/2020 18:17:05 |
| Network Time | Time Set | $SOsAdmin | 1/30/2020 | 11:31:57 | 127.0.0.1 | Intel(R) AMT Time: 1/30/2020 10:31:57 |

PL 4/4 #-1



RECEIVED
BY MAIL

JUN 2 4 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's
Exhibit
#-2

### 3.5.6        Access Monitor

If the Access Monitor feature is enabled on the platform, then by clicking the "Access Monitor" button, the relevant content will be presented through a Windows* System Information window which will then open. Access Monitor content includes description of events which occurred on the system and may be of interest to the user from a privacy and security perspective, such as Network Administration, Storage Administration, Remote control Operations and more.

**Note:** Events that occurred before first provisioning of Intel® AMT will appear with irrelevant time/date.

## 3.6        Exiting the Application

To exit the application, right click or left click on the Intel® Management and Security Status application icon in the notification area and select **Exit**.

The following window is displayed.



SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED
BY MAIL

JUN 2 4 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's Exhibit
#3ᴾ

<u>TIME/DATE as of Jail Kiosk Today is January 21, 2020 at 9:20 AM</u>

<u>TIME/DATE as of Jail Kiosk Today is January 21, 2020 at 9:20 AM</u>

SCANNED

JUN 25 2020

U.S. DISTRICT COURT MPLS



**RECEIVED BY MAIL**

**JUN 2 4 2020**

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# SHERBURNE COUNTY JAIL

## INMATE / DETAINEE KITE

(This form can also be used as an _informal_ grievance)
(Esta forma tambien puede ser utilisada como queja informal)

**To:** Zerwas
(Para)

**Department:**
(Departamento)

**From:** Michael Hari
(Nombre)

**SPN:** 20749

**Housing Unit:** Docking
(Unidad de Vivienda)

**Cell:**
(Celda)

**Date:** 1/28/20
(Fecha)

**Request /Question/Complaint (Solicitud/Pregunta/Queja):** I NEED A COPY OF THE FORM I SIGNED WHEN I GOT MY NEW FLASH DRIVE.

**Receiving Staff Name:** NA  **Badge#:** 399  **Date:** 1/29/20

**Response from:** Zerwas  **Badge#:**  **Date:**

Here you go!

Thanks

**Return to:** michael  **SPN:**  **Housing Unit:**

Distribution upon completion of response: Original to inmate/detainee; Copy to inmate/detainee file

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS



# Sherburne County Sheriff's Office

*"Commitment to Service with Integrity and Pride"*

## Sheriff Joel Brott

SPN# 20749
Hani, Michael

Date: 1-3-20

Sherburne County Jail is selling you a digital storage device. Under the Jail's normal procedures, it has the right to inspect this device for contraband in your presence. When you purchase this device, you acknowledge that the Jail has this right with your signature:

Inmate: 20749                                                                              1-3-20
(SPN)                    (Inmate Signature)                    (Date)

Staff: _____                                 1-3-20
                    (Staff Signature)                    (Date)

SHERIF'S OFFICE                                                      Office: (763) 765-3500
COUNTY GOVERNMENT CENTER                              Toll-Free (800) 433-5245
13880 Business Center Drive  Suite 100                              Fax (763) 441-7303
Elk River, MN 55330-4668                        Email: sheriff@co.sherburne.mn.us

Exhibit 5

RECEIVED BY MAIL JUN 2 4 2020 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA



# Windows Printer Test Page

You have correctly installed your HP Deskjet PCL3 Class Driver on MININT-QG7H4BR.

## PRINTER PROPERTIES

| | |
|---|---|
| Submitted Time: | 3:14:46 PM |
| Date: | 1/17/2020 |
| User Name: | MININT-QG7H4BR\Jail |
| Computer Name: | MININT-QG7H4BR |
| Printer Name: | HP DeskJet 1110 series |
| Printer Model: | HP Deskjet PCL3 Class Driver |
| Color Support: | Yes |
| Port Name(s): | USB001 |
| Data Format: | RAW |
| Printer Share Name: | |
| Print Processor: | winprint |
| OS Environment: | Windows x64 |

## PRINT DRIVER PROPERTIES

| | |
|---|---|
| Driver Name: | HP Deskjet PCL3 Class Driver |
| Driver Type: | Type 4 - User Mode |
| Driver Version: | 10.0.14393.0 |

## ADDITIONAL PRINT DRIVER FILES

C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hppcl301-manifest.ini
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpmacronames.gpd
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hppcl3-pipelineconfig.xml
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbx3w81.dll
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbxpsrender.dll
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbresw81.dll
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\HPBCMYK_sRGB.dpb
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbxiodrveventwb.xml
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbxiocfgwb.gdl
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbxusbbidiwb.js
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbxusbbidiextnwb.xml
C:\WINDOWS\System32\DriverStore\FileRepository\prnhpcl1.inf_amd64_bcd1445e66e3317c\amd64\hpbxwsdbidiextnwb.xml
C:\WINDOWS\System32\DriverStore\FileRepository\ntprint.inf_amd64_7b3eed059f4c3e41\Amd64\UNIRES.DLL
C:\WINDOWS\System32\DriverStore\FileRepository\ntprint.inf_amd64_7b3eed059f4c3e41\Amd64\STDNAMES.GPD
C:\WINDOWS\System32\DriverStore\FileRepository\ntprint.inf_amd64_7b3eed059f4c3e41\Amd64\STDDTYPE.GDL
C:\WINDOWS\System32\DriverStore\FileRepository\ntprint.inf_amd64_7b3eed059f4c3e41\Amd64\STDSCHEM.GDL
C:\WINDOWS\System32\DriverStore\FileRepository\ntprint.inf_amd64_7b3eed059f4c3e41\Amd64\STDSCHMX.GDL
C:\WINDOWS\System32\DriverStore\FileRepository\ntprint.inf_amd64_7b3eed059f4c3e41\Amd64\MSXPSINC.GPD


SCANNED JUN 25 2020 U.S. DISTRICT COURT MPLS

Plaintiffs Exhibit #6   P61

RECEIVED
BY MAIL
JUN 24 2020
U.S. DISTRICT COURT
CLERK, MPLS

106937

SCANNED
JUN 23 2020
U.S. DISTRICT COURT MPLS

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Mikael Hari   **SPN:** 26749   **Housing Unit:** 10

**Inmate Type:** ☒ USM   ☐ ICE   ☐ DOC   ☐ Sherburne County   ☐ Other

**Grievance Type:** ☐ Appeal   ☐ Food Service   ☐ Classification   ☐ Programs   ☐ Medical

Reading legal Items

☒ Staff Conduct   ☐ Property   ☐ Discrimination   ☐ Safety/Sanitation   ☐ Other

**Grievance Received by:** _____  **#** 3361  **Date:** 12-17-19
                          Staff Signature              Badge Number

They made a mess.

_Complaint (denuncia):_   ABOUT 1 HOUR THEY READ MY LEGAL MATERIAL.

On 12/17/19 at approximately 6:55pm Wettehahn, Clem & Thiel shook down my cell. They opened every single envelope including 3 that were marked outgoing legal mail and addressed to Shannon Elkins and Elizabeth Pollack and read many of my outgoing legal items slowly and deliberately for content. I waved at the camera when they were reading legal mail. It happened the same day I served a Rule to Show cause memorandum on Brian Frank, which may or may not be a coincidence. I can't say I know why they came down here, I can say that they were reading my legal material for content. When I complained Thiel made a comment to Clem something like "Do you see how defensive he is about his legal material? He probably has something hidden in here, check it close." M. Derwin Bailey was a witness. I REQUEST THE VIDEO BE PRESERVED FOR USE IN COURT UNDER FRCP 26, 34, & 37.

Mine was the only cell they searched. I want the video.

Thiel also said this is because its marked legal mail doesn't mean we can't read it.

Wettehahn just watched. THEY SPENT ALMOST AN HOUR READING MY MATERIAL.

**For Office Use Only**

CMS Grievance Number _____

Original -- Inmate File
Gold -- Inmate



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303



## CMS Grievance

Printed On: 12/27/19 14:26

| | | | |
|---|---|---|---|
| Grievance# | : 19-001918 | Grievance Type | : STAFF - Complaint about Staff |
| SPN# | : 20749 | Inmate | : Hari, Michael B |
| Grv Date & Time | : 12/18/2019 11:06 | | |

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| Location | : Sherburne County Jail | SpecHous | | | |

| | | |
|---|---|---|
| Reporting Officer | : 1719 - Holmquist, Laura - 1719 | Received Date & Time : 12/18/2019 11:06 |
| Associated Incident | : | Status : Answered |

**Details**

106937

**Response**

| | | |
|---|---|---|
| Responding Officer | : 28 - Carr, Patrick - 28 | Response Dttm   : 12/27/2019 14:23 |
| Response | : See Editor | |

When staff search a cell. They are trained to search everything to include your legal mail. They do not read your legal mail but it is searched for contraband or anything else that may be a safety or security issue.

| | | |
|---|---|---|
| Disposition | : / | |
| Supervisor | : 28 - Carr, Patrick - 28 | Review Dttm   : 12/27/2019 14:26 |
| Supervisor Cmts | : | |
| Forwarded To PF | : 28 - Carr, Patrick - 28 | Forwraded Dttm   : 12/27/2019 14:26 |

**Disposition Report Delivered To Inmate**

| | | |
|---|---|---|
| PF : 28 - Carr, Patrick - 28 | Delivered Dttm   : 12/27/2019 14:26 |

_____
Inmate Signature

_____
Reporting Officer Signature

_____
Shift Supervisor Signature

_____ Date / Time

12-27-19    1430 hrs.
Date / Time

_____ Date / Time

# <u>INMATE/DETAINEE FORMAL GRIEVANCE</u>

106933

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hari   **SPN:** 26799   **Housing Unit:** 10

**Inmate Type:**  ☑ USM   ☐ ICE   ☐ DOC   ☐ Sherburne County   ☐ Other

**Grievance Type:**  ☐ Appeal   ☐ Food Service   ☐ Classification   ☐ Programs   ☐ Medical

☑ Staff Conduct   ☐ Property   ☐ Discrimination   ☐ Safety/Sanitation   ☐ Other

**Grievance Received by:** _(signature)_   **#** 3841   **Date:** 1-7-20

Staff Signature          Badge Number

---

***Complaint (denuncia):***

Appeal if grievance 19-001918

The officers were not searching for contraband. They were obviously reading my legal mail.

Check the video of this search & Reexamination. They are reading not checking for contraband.

Please preserve video for use in county, Fed. Rule Civ. Pr. 37.

---

***For Office Use Only***

CMS Grievance Number _____

Original -- Inmate File

Gold -- Inmate

Exhibit # 6
pg-4



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

## CMS Grievance

Printed On: 02/12/20 16:50

| | | | |
|---|---|---|---|
| **Grievance#** | : 20-000082 | **Grievance Type** | : APP - Appeal |
| **SPN#** | : 20749 | **Inmate** | : Hari, Michael B |
| **Grv Date & Time** | : 01/08/2020 13:25 | | |
| | Building | Floor     Pod     Cell     Other | |
| **Location** | : Sherburne County Jail | | |
| **Reporting Officer** | : 2391 - Brown, Kelsey - 2391 | **Received Date & Time** : 01/08/2020 13:25 | |
| **Associated Incident** | : | **Status** : Answered | |

**Details**

106933

**Response**

| | | | |
|---|---|---|---|
| **Responding Officer** | : 486 - Frank, Brian - 486 | **Response Dttm** | : 02/12/2020 16:48 |
| **Response** | : See editor | | |

Commander Carr responded to your grievance with the following answer: " When staff search a cell. They are trained to search everything to include your legal mail. They do not read your legal mail but it is searched for contraband or anything else that may be a safety or security issue."

Commander Carr investigated your grievance, I find the answer appropriate.

| | | | |
|---|---|---|---|
| **Disposition** | : / | | |
| **Supervisor** | : | **Review Dttm** | : |
| **Supervisor Cmts** | : | | |
| **Forwarded To PF** | : | **Forwraded Dttm** | : |
| **Disposition Report Delivered To Inmate** | | | |
| | **PF** : | **Delivered Dttm** | : |

_____
Inmate Signature                    Date / Time

_____
Reporting Officer Signature          Date / Time

_____
Shift Supervisor Signature      2/12/20   1650   Date / Time

Inmate Copy

Exhibit 7 PG 1

RECEIVED
BY MAIL

JUN 24 2020

SCANNED

JUN 25 2020

U.S. DISTRICT COURT

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# INMATE/DETAINEE FORMAL GRIEVANCE                105574

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hari    **SPN:** 20149    **Housing Unit:** 10

**Inmate Type:** ☒ USM    ☐ ICE    ☐ DOC    ☐ Sherburne County    ☐ Other

**Grievance Type:** ☐ Appeal    ☐ Food Service    ☐ Classification    ☐ Programs    ☐ Medical

☒ Staff Conduct    ☐ Property    ☐ Discrimination    ☐ Safety/Sanitation    ☒ Other

**Grievance Received by:** _Liz Conrad_    # 3394    **Date:** 10/23/2019
Staff Signature                    Badge Number

**Complaint (denuncia):**

I had two pieces of mail returned postage
due last week. I also received some
photocopies of envelopes from the U.S.
clerk.

By looking at the envelopes and postmarks I
was able to tell that privileged mail to the
U.S. Clerk had been

#1 torn open and re-taped shut

#2 kept as long as 10 days prior to
mailing

#3 taken to Minneapolis to mail instead of
being mailed at Elk River.

By checking incoming envelopes I have noticed a
similar delay in delivery and final action on
incoming privileged mail. I always ask C.O's
to check outgoing legal mail in my presence and
I _____ as well. Someone is interfering with
my privileged mail.

**For Office Use Only**

CMS Grievance Number _____

Original -- Inmate File

Gold -- Inmate

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hari          **SPN:** 20799   **Housing Unit:** 10-1

**Inmate Type:** ☒ USM   ☐ ICE   ☐ DOC   ☐ Sherburne County   ☐ Other

**Grievance Type:** ☐ Appeal   ☐ Food Service   ☐ Classification   ☐ Programs   ☐ Medical

☒ Staff Conduct   ☒ Property   ☐ Discrimination   ☐ Safety/Sanitation   ☒ Other _Mail_

**Grievance Received by:** _R Stang_      # 3378   **Date:** 10/29/19
Staff Signature                Badge Number

## Complaint (denuncia):

I believe my outgoing mail is being read and intercepted contary to 28 CFR section 540.14 and United States Department of Justice Federal Standards for Prisons and Jails section 12.05, and that I am not being given notice of mail interception and seizure of mail in violation of Procunier v Martinez 416 US 396 (1974). I grieve these practices. Some of my incoming and outgoing seized mail has been legal mail correspondence with attorneys, the court, and officials — privileged — form violation.

---

**For Office Use Only**

CMS Grievance Number _____

Original -- Inmate File
Gold -- Inmate

RECEIVED
BY MAIL

JUN 24 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's Exhibit #98, PAGE 1

⚙ HP DeskJet 1110 series

## Manage your device

Printer status: Idle

**Open print queue**

from his attorneys were removed by deputies from his cell when he was moved from
Unit 5 to Unit 4. Mr. Hari grieved the removal of his legal materials twice, but they

⚙ HP DeskJet 1110 series

## Manage your device

Printer status: Idle

**Open print queue**

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Plaintiff's Exhibit
#8  PAGE2

⚙ HP DeskJet 1110 series

Manage your device

Printer status:  Idle
Open print queue

Print a test page

Run the printer cleaning tool

Printer properties

Printing preferences

Hardware properties

Permission Entry for HP DeskJet 1110 series

Principal:  Administrators (WIN8NT-QG7H4BR\Administrators)  Select a principal
Type:
Applies to:

Advanced permissions:

from his attorneys were removed by deputies from his cell when he was moved from Unit 5 to Unit 4. Mr. Hari grieved the removal of his legal materials twice, but they were not returned. On 5/27/19 Mr. Hari began a hunger strike demanding (along with release from segregation and dietary adjustment) return of his glasses and legal

RECEIVED
BY MAIL

RECEIVED
BY MAIL

OCT 2 3 2019

US District Court for the District of Minnesota JUN 2 4 2020
Office of the Clerk
202 US Courthouse
300 S Fourth Street
Minneapolis MN 55415

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

October 18, 2019                              19cv-1330 Hari v Stuart et al.

To the Clerk

Enclosed please find the last pages of Plaintiff's Reply to Defendant's Opposition to Plaintiff's
Motion for Sanctions and Motion to Compel. These seemed to be missing from the pages you sent me
back, and I mentioned I'd be sending this back in my letter "Interference with Court Communication
II," also dated today, which addresses some mysterious stuff (or not so mysterious stuff) that's going on
with these filings. I also noticed that two of the Documents seem to be duplicates in the series of
Document 40-44. I'm not sure what to make of that, although it has occurred to me that if Mr. Yount's
mail and the Court's were taken together and opened at the same time the pages might have gotten
mixed.

Sincerely,

Michael Hari

SCANNED
JUN 2 5 2020
U.S. DISTRICT COURT MPLS

SCANNED
OCT 2 3 2019
U.S. DISTRICT COURT MPLS

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED
JUN 24 2020
CLERK COURT
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

106928

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

Name: Michael Hari          SPN: 20799          Housing Unit: 10

Inmate Type: ☒ USM   ☐ ICE   ☐ DOC   ☐ Sherburne County   ☐ Other

Grievance Type: ☐ Appeal   ☐ Food Service   ☐ Classification   ☐ Programs   ☐ Medical

☒ Staff Conduct   ☐ Property   ☐ Discrimination   ☐ Safety/Sanitation   ☐ Other

Grievance Received by: _____   #  2358   Date: 12/6/19
                        Staff Signature        Badge Number

---

**Complaint (denuncia):**

On 12/6/19 at approximately 5:45pm (between 5:30 and 6:00pm) I gave Officer Zach Beaumaster an envelope addressed to attorney Jerry Nieman 140 N TAFT PAXTON IL clearly marked "Legal Mail." I saw him take the letter out before inserting the CD of legal material and quite deliberately read it. I told him twice, "Hey, that's legal mail!" but he finished reading it before handing it back to me to seal. The envelope was marked, the letter was addressed to an attorney, and the content was obviously legal, yet Officer Beaumaster read it even when I complained. This took place in the hall directly in front of door 510, and should be on video. I am grieving his reading my legal mail, AND I AM REQUESTING PRESERVATION OF THIS VIDEO FOR DISCOVERY IN FEDERAL COURT PURSUANT TO RULES 26, 34, and 37 of the Rules of Federal Civil Procedure. I REQUEST A COPY OF THE FRONT OF THE ENVELOPE ALSO.

For Office Use Only
12/6/19 MDHari

Original -- Inmate File

CMS Grievance Number _____          Gold -- Inmate

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hari            **SPN:** 26749   **Housing Unit:** 10

**Inmate Type:** ☒ USM   ☐ ICE   ☐ DOC   ☐ Sherburne County   ☐ Other

**Grievance Type:** ☒ Appeal   ☐ Food Service   ☐ Classification   ☐ Programs   ☐ Medical

☒ Staff Conduct   ☐ Property   ☐ Discrimination   ☐ Safety/Sanitation   ☐ Other

**Grievance Received by:** _____   **#** 3369   **Date:** 1-7-20
Staff Signature            Badge Number

---

**Complaint (denuncia):**

On 12/6/19 I turned in grievance #106928 about Officer Zach Beaumaster reading my legal mail. I requested retention of the video for use in federal court under FRCP Rules 26, 34 & 37. I have recieved no answer, and since today is January 7, the 30 days for an answer are expired.

---

**For Office Use Only**

CMS Grievance Number _____

Original -- Inmate File
Gold -- Inmate

BOX #10862
95567

# INMATE/DETAINEE GRIEVANCE FORM

**Name:** Michael Hari        **SPN:** 26347        **Housing Unit:** Bock
(Nombre)

**Inmate Type :**  ☒ USM   ☐ ICE   ☐ DOC   ☐ County   ☐ Other County

See inmate handbook for details of the grievance process.
All inmate grievances will be answered by a Jail Supervisor on a separate form.

Por favor vea el manual de reclusos para información sobre el proceso de quejas.
Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.

Grievance Received by: _____   **#** 3416   **Date:** 1-30-2020
                        Staff Signature        Badge Number

**Complaint (denuncia):**

Appeal of Grievance # 106928 / Answer 20-0000256 — He didn't jail check the legal mail for contraband he read it for content. This will be on the video. Also, your reply doesn't address my request for video preservation to use in federal court under FRCP.

Did you check the video, and will the video be preserved for evidence in court?

Also why did the grievance original disappear? Seems a little too convenient to me.

---

**For Office Use Only**

☒ Formal                                    Original -- Inmate File

☐ Informal

Grievance Number _____              Gold -- Inmate



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

| **CMS Grievance** | | | Printed On: 02/11/20 19:49 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Grievance#** | : 20-000325 | **Grievance Type** | : APP - Appeal |
| **SPN#** | : 20749 | **Inmate** | : Hari, Michael B |
| **Grv Date & Time** | : 01/31/2020 11:37 | | |
| | Building | Floor    Pod    Cell    Other | |
| **Location** | : Sherburne County Jail | Booking | |
| **Reporting Officer** | : 2391 - Brown, Kelsey - 2391 | **Received Date & Time** : 01/31/2020 11:38 | |
| **Associated Incident** | : | **Status** : Answered | |
| **Details** | | | |
| 95567 | | | |
| **Response** | | | |
| **Responding Officer** | : 1278 - Zerwas, Thomas - 1278 | **Response Dttm** | : 02/11/2020 19:43 |

**Response** : see editor

The Sergeant who answered your initial grievance was correct. Staff are allowed to inspect privileged mail in the presence of the inmate for contraband before it is sealed. This is stated in the inmate handbook. This Sergeant also talked with the staff person mentioned by you and that is exactly what he did, scan the mail for contraband.   Per the inmate handbook, "All outgoing mail must be turned over to jail staff before it is sealed. Staff will inspect outgoing correspondence in your presence unless there is reason to believe the item might present a threat to the facility's secure or orderly operation, endanger the recipient or the public, or might facilitate criminal activity". The officer is just doing their job, they don't read your mail, nor do they care what you wrote to your attorney or anyone else.  Just doing what they are trained to do, look for contraband.   No further action taken, appeal closed.

| | | | |
|---|---|---|---|
| **Disposition** | : / | | |
| **Supervisor** | : | **Review Dttm** | : |
| **Supervisor Cmts** | : | | |
| **Forwarded To PF** | : | **Forwraded Dttm** : | |
| **Disposition Report Delivered To Inmate** | | | |
| **PF :** | | **Delivered Dttm** | : |

_____
Inmate Signature

_____
Date / Time

_____
Reporting Officer Signature

_____
Date / Time

_____
Shift Supervisor Signature

_____
Date / Time

INMATE COPY



# SHERBURNE COUNTY JAIL

## INMATE / DETAINEE KITE

### (This form can also be used as an _informal_ grievance)
#### (Esta forma tambien puede ser utilizada como queja informal)

To: Thomas Zerwas, 1278        Department: _____
(Para)                         (Departamento)

From: Michael Hari             SPN: 26749
(Nombre)

Housing Unit: 9    Cell: 1    Date: 2/12/20
(Unidad de Vivienda)  (Celda)  (Fecha)

Request /Question/Complaint (Solicitud/Pregunta/Queja): Re: your Grievance
appeal of 2/11/20 # 20-000325

Will you preserve the video of the
search for use in federal court?
It is evidence under Rule 26, Rule 34,
and Rule 37 of the Federal Rules of
Civil Procedure, discoverable under the
rules and required to be preserved
in anticipation of litigation under
Rule 37 (e).

I request preservation of the video, as in the
grievance.

Receiving Staff Name: _____   Badge#: _____   Date: _____

Response from: Zerwas          Badge#: _____   Date: _____

The video is gone now. only lasts approximatley
40 days.

Return to: Michael   SPN: _____   Housing Unit: _____   Cell: _____

Distribution upon completion of response: Original to inmate/detainee; Copy to inmate/detainee file

Ref. No. G 949403302

# INMATE/DETAINEE FORMAL GRIEVANCE   105789

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hagi     **SPN:** 26749   **Housing Unit:** 9-1

**Inmate Type:** ☑ USM   ☐ ICE   ☐ DOC   ☐ Sherburne County   ☐ Other

**Grievance Type:** ☑ Appeal   ☐ Food Service   ☐ Classification   ☐ Programs   ☐ Medical

☐ Staff Conduct   ☐ Property   ☐ Discrimination   ☐ Safety/Sanitation   ☐ Other

**Grievance Received by:** _[signature]_   **#** 3330   **Date:** 02/13/20

Staff Signature          Badge Number

---

**Complaint (denuncia):**   I still haven't heard from
appeal 20-000325 (Zerwas 1278) will you preserve
/the video under Rule 26, 34, & 37 for use in
federal court?

I requested preservation of the video
as/ evidence.

☒ 20-000325

☒ 26749

---

**For Office Use Only**

CMS Grievance Number _____

Original -- Inmate File

Gold -- Inmate



Plaintiff's Ex #10 PG 7



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

---

**CMS Grievance**                                                    Printed On: 01/25/20 20:13

---

| | | | |
|---|---|---|---|
| Grievance# | : 20-000256 | Grievance Type | : STAFF - Complaint about Staff |
| SPN# | : 20749 | Inmate | : Hari, Michael B |
| Grv Date & Time | : 01/24/2020 10:55 | | |
| | Building | Floor    Pod    Cell    Other | |
| Location | : Sherburne County Jail | SpecHous | |
| Reporting Officer | : 1719 - Holmquist, Laura - 1719 | Received Date & Time : 01/24/2020 10:56 | |
| Associated Incident | : | Status : Answered | |

**Details**

106928

**Response**

| | | | |
|---|---|---|---|
| Responding Officer | : 1647 - Bjergo, Bryan - 1647 | Response Dttm | : 01/25/2020 20:07 |
| Response | : See Editor | | |

Staff are allowed to inspect privileged mail in the presence of the inmate for contraband before it is sealed. This is stated in the inmate handbook. As stated in your grievance this mail was inspected in your presence and handed back to you to be sealed. After speaking with the housing officer this is precisely what happened.

| | | | |
|---|---|---|---|
| Disposition | : / | | |
| Supervisor | : 1647 - Bjergo, Bryan - 1647 | Review Dttm | : 01/25/2020 20:11 |
| Supervisor Cmts | : | | |
| Forwarded To PF | : | Forwraded Dttm | : |

**Disposition Report Delivered To Inmate**

PF :                                           Delivered Dttm :

---

_____                              _____
Inmate Signature                                        Date / Time

_____                              _____
Reporting Officer Signature                            Date / Time

_____                              1-25-20
Shift Supervisor Signature                             Date / Time

Appeal on form #7.

---

RECEIVED BY MAIL

Plaintiffs Exhibit 1 PG 1



Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

JUN 24 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

INMATE COPY

## CMS Grievance

Printed On: 01/18/20 01:51

| | | | |
|---|---|---|---|
| Grievance# | : 20-000081 | Grievance Type | : OTHER - Other |
| SPN# | : 20749 | Inmate | : Harl, Michael B |
| Grv Date & Time | : 01/08/2020 13:01 | | |
| | Building | Floor      Pod      Cell      Other | |
| Location | : Sherburne County Jail | | |
| Reporting Officer | : 2391 - Brown, Kelsey - 2391 | Received Date & Time : 01/08/2020 13:01 | |
| Associated Incident | : | Status : Answered | |

**Details**

104801 - I/M hasn't received answer to 12/6/19 grievance

**Response**

| | | | |
|---|---|---|---|
| Responding Officer | : 1402 - Hoppe, Tyrel - 1402 | Response Dttm | : 01/18/2020 01:48 |
| Response | : see editor | | |

I have reviewed all of your documented grievances for the month of December and all have been answered. The closest one I could find to this type of issue is attached. If you have the yellow copy, send me a kite and I will stop by and make a copy and get it into our system.

| | | | |
|---|---|---|---|
| Disposition | : / | | |
| Supervisor | : 1402 - Hoppe, Tyrel - 1402 | Review Dttm | : |
| Supervisor Cmts | : | | |
| Forwarded To PF | : | Forwraded Dttm | : |

**Disposition Report Delivered To Inmate**

| | | |
|---|---|---|
| PF : | Delivered Dttm | : |

_____
Inmate Signature

_____
Date / Time

_____
Reporting Officer Signature

_____
Date / Time

_____
Shift Supervisor Signature

01/21/19
_____
Date / Time



SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS



Plaintiffs EX # 11
PG 2



## SHERBURNE COUNTY JAIL

### INMATE / DETAINEE KITE

**(This form can also be used as an _informal_ grievance)**

(Esta forma tambien puede ser utilisada como queja Informal)

**To:** Tyrel Hoppe 1402   Re Grievance 106928 missing
**(Para)**                                              **Department:**
                                                        **(Departamento)**

**From:** Michael Hari                                  **SPN:** 20749
**(Nombre)**

**Housing Unit:** 10      **Cell:** 1      **Date:** 1/19/20
**(Unidad de Vivienda)**  **(Celda)**      **(Fecha)**

**Request /Question/Complaint (Solicitud/Pregunta/Queja):** Mr Hoppe, I gave
the yellow copy to my attorney, Janel
Becker. His telephone number is 612 664-5858.
I did keep my additional carbon copy.
It is "received" by office # 3358 on
12/6/19. Please stop by to make a copy
if you like This is a serious matter.

**Receiving Staff Name:** _[signature]_   **Badge#:** 395   **Date:** 1 / 18 / 20

**Response from:** Sgt. T. [signature]   **Badge#:** 3417   **Date:** 1/19/20

I don't work until 9:30pm tonight. When I get in
I'll stop by.

**Return to:** M. Hari   **SPN:** 20749   **Housing Unit:** 5H   **Cell:** S-10-1

Distribution upon completion of response: Original to inmate/detainee; Copy to inmate/detainee file





(Mainly Exhibit #11) PG3

# SHERBURNE COUNTY JAIL
## INMATE / DETAINEE KITE
### (This form can also be used as an <u>informal</u> grievance)
#### (Esta forma tambien puede ser utilisada como queja informal)

**To:** SGT. Tyrel Hoppe 1402        **Department:**
(Para)                              (Departamento)

**From:** Michael Hari              **SPN:** 20749
(Nombre)

**Housing Unit:** 9    **Cell:** 1    **Date:** 1/28/20
(Unidad de Vivienda)   (Celda)        (Fecha)

**Request /Question/Complaint (Solicitud/Pregunta/Queja):** Did you receive the yellow copy (copy) from my attorney of the missing grievance?

**Receiving Staff Name:** _____ **Badge#:** _____ **Date:** _____

**Response from:** Hoppe    **Badge#:** 5417 **Date:** 1/27/20

Yes he did. It was a copy. I had it sent up to be scanned in. Then it will be answered. Thank you for doing that.

**Return to:** Hari, M.    **SPN:** 20749    **Housing Unit:** 9 Blt 4    **Cell:** ____

Distribution upon completion of response: Original to inmate/detainee; Copy to inmate/detainee file

Ref. No.: G  949403302

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Michael Hari 20749          October 15, 2019
Sherburne County Jail
13880 Business Center Drive N.W.
Elk River MN 55330-1692

U.S. District Court
District of Minnesota
Office of the Clerk
U.S. Courthouse Suite 202
300 South Fourth Street
Minneapolis MN 55415

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Re: Interference with Court Communication

I have noticed my mail delivery
and my outgoing mail have both
become unusually slow, including
mail sent to me by the court.
Mail (outgoing) already sealed
and checked by corrections staff has
arrived re-opened. Staff at Sherburne
Co. Jail have advised me it is possible
the mail is being intercepted by another
law enforcement agency. Some mail
has taken as long as 10 days to
two weeks to arrive from Minneapolis.
Court mail is arriving taped shut.

Sincerely,

Michael Hari

CC Yount
2 enclosures

RECEIVED
BY MAIL
JUN 2 4 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Robert Yount copy
sent Oct 23/8

Michael Hari

Sherburne County Jail                    October 18' 2019

13880 Business Center Drive

Elk River    MN 55330


U.S. District Court

District of Minnesota

Office of the Clerk

U.S. Courthouse Suite 202

300 S. Fourth St.

Minneapolis MN 55415

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS


Re: Interference with Court Communication II


The Plaintiff, Michael B. Hari requests
this letter be filed under temporary
seal,


This morning (Oct 18) I received
4 mailings from the Clerk that
demonstrate my mail to and from
the Court is being intercepted,
delayed, and sometimes opened.


Documents 40-44 were mailed
September 24. 9 days later, on
October 3rd, they were returned to
me "insufficient postage"

I mailed them again on October
3rd with a note of explanation,
The Clerk did not receive these
documents until October 16.

Although I mailed these documents
at Sherburne County Jail on October 3rd
(in Elk River, Minnesota) they were
postmarked October 15 from Minneapolis.

In the past, I have received documents
very promptly, (within a couple of days)
from Minneapolis. The past few weeks,
however, mail has been taking 10 days
to two weeks to be mailed (checking
postmarks) when I send it out and
often is late when I receive it, too.
Some mail from the court arrives taped
shut, I sent one such envelope in
my letter "Interference with Court Communication"
dated October 15. Inmates aren't allowed
tape. I insist on sealing legal mail in
my presence.

Someone is intercepting my mail to
the Court at Sherburne County Jail, taking
it to Minneapolis, keeping it a week
or more, opening it on occasion, and

Ex #2
PG3

then mailing it from the Minneapolis post office instead of Elk River.

My "Plaintiff's reply to Defendant's Opposition ..." (Document 41-1) arrived, apparently, with only the first four pages. I have enclosed the rest under separate cover.

This interference with court communication is prejudicing my rights by delaying my filings, interfering with privileged communication, inconveniencing my opposing party, and wasting the court's time.

If the FBI wants to play secret squirrel with my mail, they'll have to be clever enough not to keep it for weeks and to mail it from the correct post office if they want me not to notice. I have not served Mr. Yount with a copy of this letter at this time. I request the court investigate this matter in the interests of justice.

Plaintiff pro se

Respectfully submitted,
Michael Hari

To: U.S. District Court
District of Minnesota
Office of the Clerk
U.S. Courthouse, Suite 202
300 South 4th St
Minneapolis MN 55415

Oct 26 '19
19cv-1330
Judge Loring

RECEIVED
BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

From: Michael Hari
Sherburne Co Jail
13880 Business Center Drive
Elk River   MN 55330

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

I sure hope whoever is intercepting and mixing up my mail is having a good time. I don't find it funny. I just received my copies of the missing pages of my Reply, Document #47. Once again, it has arrived with a duplicate page and missing page, and my guess is that Mr. Yount has the balance of them. Today I am sending a complete set of page numbered leaves of this reply as incomplete and duplicate copies are now scattered through Documents 40, 41 + 47. I also sent an enclosure index. I don't know what else to do.

Sincerely,
Michael Hari

cc Yount