

Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's Exhibit #15

20-cv-1455 SRN/KMM

## CMS Grievance

Printed On: 03/10/20 13:08

**Grievance#** : 20-000604
**Grievance Type** : APP - Appeal
**SPN#** : 20749
**Inmate** : Hari, Michael B
**Grv Date & Time** : 03/09/2020 11:13

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| **Location** | : Sherburne County Jail | SpecHo us | | | |

**Reporting Officer** : 1719 - Holmquist, Laura - 1719
**Received Date & Time** : 03/09/2020 11:13
**Associated Incident** :
**Status** : Answered

**Details**

105909

**Response**

**Responding Officer** : 1278 - Zerwas, Thomas - 1278
**Response Dttm** : 03/10/2020 00:00
**Response** : see editor

The Sergeants response was accurate:

You have the same privileges as all other inmates. The phones are free and private for legal calls, but you will need to make them from your housing area. If you would like to speak privately to your attorney, I suggest they come to the facility and visit you one on one.

We do not move inmates from their housing units to make "private calls". Attorney calls themselves are private and not recorded. You are allowed to call your attorney from your housing unit. Appeal closed, no further action taken

**Disposition** : /
**Supervisor** :
**Review Dttm** :
**Supervisor Cmts** :
**Forwarded To PF** :
**Forwraded Dttm** :
**Disposition Report Delivered To Inmate**
**PF** :
**Delivered Dttm** :

Inmate Signature — Date / Time

Reporting Officer Signature — Date / Time

Shift Supervisor Signature — Date / Time

INMATE COPY

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL JUN 24 2020 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

SCANNED JUN 25 2020 U.S. DISTRICT COURT MPLS

SH

Plaintiffs Exhibit #16

# SHERBURNE COUNTY JAIL

## INMATE / DETAINEE KITE

**(This form can also be used as an informal grievance)**
**(Esta forma tambien puede ser utilisada como queja informal)**

**To:** Mail **Department:**
**(Para)** **(Departamento)**

**From:** Michael Hari **SPN:** 20749
**(Nombre)**

**Housing Unit:** 10 **Cell:** 1 **Date:** 10-18-19
**(Unidad de Vivienda)** **(Celda)** **(Fecha)**

**Request /Question/Complaint (Solicitud/Pregunta/Queja):**

I request a copy of my incoming and outgoing mail log, under the Minnesota Data Practices Act.

I request a copy of this request.

I am willing to pay costs of duplication.

**Receiving Staff Name:** [signature] **Badge#:** 3394 **Date:** 10/18/2019

**Response from:** M. SEC **Badge#:** 2532 **Date:** 10-21-19

MR HARI, I DO NOT KEEP A LOG OF INCOMMING OR OUTGOING MAIL SO THERE IS NO LOG TO COPY AND SUBMIT TO YOU.

**Return to:** M. HARI **SPN:** 20749 **Housing Unit:** 5 **Cell:** 510

Distribution upon completion of response: Original to inmate/detainee; Copy to inmate/detainee file

Ref. No: G 949403302

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# SHERBURNE COUNTY JAIL

plaintiff's Exhibit #17

## INMATE / DETAINEE KITE

**(This form can also be used as an informal grievance)**
**(Esta forma tambien puede ser utilisada como queja informal)**

INMATE COPY

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

**To: (Para)** Michael Sieg **Department: (Departamento)**

**From: (Nombre)** Michael Hari **SPN:** 20749

**Housing Unit: (Unidad de Vivienda)** Booking **Cell: (Celda)** **Date: (Fecha)** 1/28/20

**Request /Question/Complaint (Solicitud/Pregunta/Queja):** I request the following under the Minnesota Government Data Practices Act:

1. Copies of all documents seized, scanned, copied or otherwise obtained from my mail, cell, or property.
2. Records of recorded calls, summaries of recorded calls, and documents related to my telephone calls.
3. Communications including documents, notes, memoranda, emails, or other documents between ~~[illegible]~~ Sherburne Co. employees or between Sherburne Co employees and outside agencies about my mail, telephone calls, or other documents.

**Receiving Staff Name:** [illegible] **Badge#:** 399 **Date:** 1/29/20

**Response from:** M. Sieg **Badge#:** 3532 **Date:** 2/12/2020

#1 - I DON'T KEEP, NOR DO I HAVE RECORDS OF WHAT YOU REQUEST.
#2 - YOUR ATTORNEY WOULD HAVE TO SUBPOENA PHONE CALLS OR CALL RECORDS.
#3 - I HAVE NO DOCUMENTS OR EMAILS W/ STAFF HERE REGARDING YOU.
I ALSO HAVE NO DOCUMENTS OR EMAILS W/ OUTSIDE AGENCIES, HOWEVER YOUR CASE AGENT WILL REQUEST YOUR PHONE CALLS AS NEEDED.

**Return to:** M. HARI **SPN:** 20749 **Housing Unit:** 5-9 **Cell:** 59 / HC-1

Distribution upon completion of response: Original to inmate/detainee; Copy to inmate/detainee file

Sherburne Phone call Notice

Plaintiff's Exhibit #18

RECEIVED
BY MAIL

JUN 24 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

ALL PHONE CALLS ARE SUBJECT TO MONITORING AND/OR RECORDING.
IF YOU NEED TO MAKE AN UNMONITORED CALL FOR LEGAL PURPOSES,
SUBMIT A KITE TO A JAIL SERGEANT REQUESTING THE NUMBER TO BE PLACED INTO
THE PHONE SYSTEM FOR FREE AND PRIVATE CALLS.

TODAS LAS LLAMADAS DE TELÉFONO ESTÁN SUJETAS A MONITOREO Y / O GRABACIÓN.
SI USTED NECESITA HACER UNA LLAMADA NO MONTADA PARA PROPÓSITOS JURÍDICOS,
PRESENTAR UN KITE A UN SARGENTO DE CÁRCEL SOLICITANDO EL NÚMERO PARA SER
COLOCADO EN
EL SISTEMA TELEFÓNICO PARA LLAMADAS GRATUITAS Y PRIVADAS.

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Plaintiffs Exhibit F
P6 1/1 20

Document Has Been Changed by Others

The file has been changed since it was opened for editing in LibreOffice. Saving your version of the document will overwrite changes made by others.

Do you want to save anyway?

Save Anyway | Cancel

RECEIVED
BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL

JUN 24 2020

CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**AFFIDAVIT**
**THE STATE OF MINNESOTA COUNTY OF SHERBURNE**

BEFORE ME, the undersigned authority, personally appeared Dontay L. Reese, who being by me duly attested, states as follows: on 5/05/2020 at about 9:14PM I sat down at the Pro Se/discovery computer on Max Unit in Sherburne County Jail at the Block 9 Unit door. When I sat down to use the computer, I noticed the USB drive was still inserted in the modem. When I checked the drive, I recognized the name of the person on the files I checked on the drive. It was Mr. Michael Hari, who is in Block 8. the drive had highly sensitive legal data on it including Mr. Hari's filings, trial preparation materials, and privileged correspondence. When I saw what the drive was, I called corrections officer badge #3393 to come and take it out. He immediately removed the thumb drive (USB) from the computers modem. I am aware that Sherburne County Jail policy is that those disks are not to be accessed by staff outside the presence of the inmate, and yet here was Hari's drive sitting unattended (let it be noted that this is the second time in less then two weeks) in the computer and accessible not only to staff but also to other inmates, inmates cannot reach the modem to put drives in or out, but depend on corrections staff to insert or remove there disks or USB's. My name is Dontay Reese. I am over 18 years of age, of sound mind, with personal knowledge of the foregoing facts, and fully competent to testify. I attest that the assertions contained in this affidavit are true and correct. Further Affiant sayeth not.

Reese
Affiant

DATE: 5/8/2020

**SUBSCIBED** and **SWORN TO** before me, this 8th day of May, 2020
**NOTARY PUBLIC,** State of Minnesota

Notary's printed name: Russell Leo Bartell

My commission expires: 1/31/24

Russell Leo Bartell

RUSSELL LEO BARTELL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2024

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Plaintiff's Exhibit # 21
Pg 2/2

**AFFIDAVIT**
**THE STATE OF MINNESOTA COUNTY OF SHERBURNE**

BEFORE ME, the undersigned authority, personally appeared Dontay L. Reese, who being by me duly attested, states as follows: on 4/29/2020 at about 9:45AM I sat down at the Pro Se/discovery computer on Max Unit in Sherburne County Jail at the Block 9 Unit door. When I sat down to use the computer, I noticed the USB drive was still inserted in the modem. When I checked the drive, I recognized the name of the person on the files I checked on the drive. It was Mr. Hari, who is in Block 8. the drive had highly sensitive legal data on it including Mr. Hari's filings, trial preparation materials, and privileged correspondence. When I saw what the drive was, I called corrections officer [redacted] to come and take it out. He immediately removed the thumb drive (USB) from the computers modem. I am aware that Sherburne County Jail policy is that those disks are not to be accessed by staff outside the presence of the inmate, and yet here was Hari's drive sitting unattended in the computer and accessible not only to staff but also to other inmates, inmates cannot reach the modem to put drives in or out, but depend on corrections staff to insert or remove there disks or USB's. My name is Dontay Reese. I am over 18 years of age, of sound mind, with personal knowledge of the foregoing facts, and fully competent to testify. I attest that the assertions contained in this affidavit are true and correct. Further Affiant sayeth not.

[signature]
Affiant

DATE: 5 / 8 / 2020

**SUBSCIBED and SWORN TO** before me, this 8th day of May, 2020
**NOTARY PUBLIC**, State of Minnesota

Notary's printed name: Russell Leo Bartell

My commission expires: 1/31/2024

Russell Leo Bartell

RUSSELL LEO BARTELL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2024

RECEIVED
JUN 24 2020 By mail
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL JUN 24 2020 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Plaintiff's Exhibit #10558 #23 107558

SCANNED JUN 25 2020 U.S. DISTRICT COURT MPLS

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hari **SPN:** 21749 **Housing Unit:** 8-2

**Inmate Type:** ☒ USM ☐ ICE ☐ DOC ☐ Sherburne County ☐ Other

**Grievance Type:** ☐ Appeal ☐ Food Service ☐ Classification ☐ Programs ☐ Medical

☒ Staff Conduct ☐ Property ☐ Discrimination ☐ Safety/Sanitation ☐ Other

**Grievance Received by:** Dominguez (Staff Signature) **#** 3301 (Badge Number) **Date:** 5-9-20

***Complaint (denuncia):***

On two dates, 4/29/20, and 5/5/20, another inmate found my flash drive on the computer, plugged in, and sensitive and privileged legal documents were on it. These are not to be accessed by staff outside [illegible] [illegible] in my presence, but were plugged in and accessible not only to staff but also to other inmates.

Preservation Request

I want the video preceding these two incidents retained & preserved for use in anticipated federal litigation under Federal Rules of Civil Procedure 34 and 37. Please preserve the video from both cameras in the hallway for the entire 24 hours before 10 AM on 4/29/20 and 10 pm on 5/5/20, tell you preserve video.

***For Office Use Only***

Original -- Inmate File

Gold -- Inmate

CMS Grievance Number ____________

Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

S82

## CMS Grievance

Printed On: 05/13/20 19:56

| | | | |
|---|---|---|---|
| **Grievance#** | : 20-001025 | **Grievance Type** | : OTHER - Other |
| **SPN#** | : 20749 | **Inmate** | : Hari, Michael B |
| **Grv Date & Time** | : 05/11/2020 14:09 | | |

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| **Location** | : Sherburne County Jail | SpecHo us | S8 | S82 | |

| | | | |
|---|---|---|---|
| **Reporting Officer** | : 2487 - Nelson, Ashley - 2487 | **Received Date & Time** | : 05/11/2020 14:09 |
| **Associated Incident** | : | **Status** | : Answered |

**Details**

107558; Issue with other inmate being able to view his flash drive

**Response**

| | | | |
|---|---|---|---|
| **Responding Officer** | : 1402 - Hoppe, Tyrel - 1402 | **Response Dttm** | : 05/13/2020 19:56 |
| **Response** | : This has been addressed. | | |
| **Disposition** | : / | | |
| **Supervisor** | : 1402 - Hoppe, Tyrel - 1402 | **Review Dttm** | : |
| **Supervisor Cmts** | : | | |
| **Forwarded To PF** | : | **Forwraded Dttm** | : |

**Disposition Report Delivered To Inmate**

PF : 　　　**Delivered Dttm** :

Inmate Signature 　　　 Date / Time

Reporting Officer Signature 　　　 Date / Time

Tyrel Hoppe

Shift Supervisor Signature 　　　 Date / Time

863

109250

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** M HARI **SPN:** [illegible] **Housing Unit:** 8-2

**Inmate Type:** ☒ USM ☐ ICE ☐ DOC ☐ Sherburne County ☐ Other

**Grievance Type:** ☒ Appeal ☐ Food Service ☐ Classification ☐ Programs ☐ Medical ☐ Staff Conduct ☐ Property ☐ Discrimination ☐ Safety/Sanitation ☐ Other

**Grievance Received by:** ____________ # 4192 **Date:** 5/15/20
Staff Signature — Badge Number

***Complaint (denuncia):***

Appeal of 107558 (20-1025) — [illegible] "Will you preserve [illegible] [illegible] under FRCP 834?" [illegible]

MH

***For Office Use Only***

CMS Grievance Number ____________

Original -- Inmate File
Gold -- Inmate



S 85 82
Plaintiffs Exhibit #23 pg 4

Sherburne County Sheriff
13880 Business Center Dr
Elk River MN 55330
Ph: (763) 765-3500
Fax: (763) 441-7303

## CMS Grievance

Printed On: 05/21/20 18:31

**Grievance#** : 20-001089 | **Grievance Type** : APP - Appeal

**SPN#** : 20749 | **Inmate** : Hari, Michael B

**Grv Date & Time** : 05/19/2020 10:30

| | Building | Floor | Pod | Cell | Other |
|---|---|---|---|---|---|
| **Location** | : Sherburne County Jail | SpecHo us | S8 | S82 | |

**Reporting Officer** : 2487 - Nelson, Ashley - 2487 | **Received Date & Time** : 05/19/2020 10:30

**Associated Incident** : | **Status** : Answered

**Details**

109250- Appeal to 20.001025

**Response**

**Responding Officer** : 1278 - Zerwas, Thomas - 1278 | **Response Dttm** : 05/21/2020 18:30

**Response** : requests for video would need to be requested via a subpoena. we do not record and provide security footage to inmates based on a kite request. appeal closed

**Disposition** : /

**Supervisor** : | **Review Dttm** :

**Supervisor Cmts** :

**Forwarded To PF** : | **Forwraded Dttm** :

**Disposition Report Delivered To Inmate**

**PF** : | **Delivered Dttm** :

Inmate Signature — Date / Time

Reporting Officer Signature — Date / Time

Shift Supervisor Signature — Date / Time

# INMATE COPY

Plaintiff's Exhibit #24
PG 1/2

AFFIDAVIT
THE STATE OF MINNESOTA COUNTY OF **SHERBURNE**

BEFORE ME, the undersigned authority, personally appeared Dontay L. Reese, who being by me duly attested, states as follows: on 5/15/2020 at about 9:00AM I sat down at the Pro Se/discovery computer on Max Unit in Sherburne County Jail at the Block 9 Unit door. When I sat down to use the computer, my USB was entered and there was sensitive material on it that belonged to Mr. Michael Hari, who is in Block 8. My drive had his highly sensitive legal data on it including Mr. Hari's filings, trial preparation materials, and privileged correspondence. When I saw what was on my drive, I called corrections officer badge #3475 to come verify my complaint and finding. He immediately went to email the appropriate channels about the thumb drive (USB). I am aware that Sherburne County Jail policy is that those disks are not to be accessed by staff outside the presence of the inmate, and yet here was Hari's filings saved on my drive when I did not allow for any one to view my drive what so ever. It must be noted that this is the third time that legal material has been mismanaged. My name is Dontay Reese. I am over 18 years of age, of sound mind, with personal knowledge of the foregoing facts, and fully competent to testify. I attest that the assertions contained in this affidavit are true and correct. Further Affiant sayeth not.

Dontay Reese
Affiant

DATE: 5/16/2020

**SUBSCIBED** and **SWORN TO** before me, this 16th day of May, 2020
**NOTARY PUBLIC**, State of Minnesota

Notary's printed name: Russell Leo Bartell

My commission expires: 1/31/24

Russell Leo Bartell

RUSSELL LEO BARTELL
NOTARY PUBLIC - MINNESOTA
My Commission Expires Jan. 31, 2024

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

RECEIVED BY MAIL JUN 2 ... CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

Pl. Ab. Exhibit #25

109249

SCANNED JUN 25 2020 U.S. DISTRICT COURT MPLS

# INMATE/DETAINEE FORMAL GRIEVANCE

All inmate/detainee grievances will be answered by a Jail Supervisor on a separate form.
(Todas las quejas de los reclusos serán contestadas por un supervisor de la cárcel en un formulario separado.)

See inmate/detainee handbook for details of the grievance process.
(Por favor vea el manual de reclusos para información sobre el proceso de quejas.)

**Name:** Michael Hari **SPN:** 26741 **Housing Unit:** 8

**Inmate Type:** ☒ USM ☐ ICE ☐ DOC ☐ Sherburne County ☐ Other

**Grievance Type:** ☐ Appeal ☐ Food Service ☐ Classification ☐ Programs ☐ Medical

☒ Staff Conduct ☐ Property ☐ Discrimination ☐ Safety/Sanitation ☐ Other

**Grievance Received by:** ______________ (Staff Signature) # 442 (Badge Number) **Date:** 5/15/20

***Complaint (denuncia):*** TODAY — The pro se/discovery computer saved some of my files on Reese's flash drive. Reese found a bunch of my files on his drive today 5/15/20. My flash drives are blue and black. Reese's flash drive is red. Reese's flash drive was not plugged in when I used the computer. Please retain video from both cameras in the hall in front of Unit's 8 and 9 for 5/15/20 from 12 noon until 9 pm. for use in federal court. Every file I accessed today — many files were saved on Reese's drive. This was correspondence with my attorney. Christiansen documented the incident. Before they were leaving drives in the computer, now my files are on his drive. Will you preserve video?

***For Office Use Only***

CMS Grievance Number ______________

Original -- Inmate File
Gold -- Inmate

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's Exhibit #26

Stu Inman <sinman@livingstoncountyil.gov>

## Michael Hari

1 message

**Smith, Joel C. (SI) (FBI)** <jcsmith5@fbi.gov> Wed, Sep 26, 2018 at 11:20 AM
To: "Sinman@livingstoncountyil.gov" <Sinman@livingstoncountyil.gov>

Sir,

Per our conversation, I would like to request access to your system regarding Michael Hari's phone records, texts, emails etc. Thanks for your assistance.

Respectfully,
Special Agent Joel Smith
Federal Bureau of Investigation
Springfield Division - Champaign RA

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Plaintiff's Exhibit #27

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 305
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

PEORIA IL 616
16 MAR 2020 PM 1 L

stamps.com
$0.50
US POSTAGE
FIRST-CLASS
062S0000089196
61602

E5330$4607

Mail was opened prior to entering Jail. Thinking they could not tell who the mail was for.

3417

RECEIVED BY MAIL
JUN 2 4 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Plaintiff's Exhibit # 28

PG 1/2

Intel® Management and Security Status

# Intel® Management and Security Status

General | Intel® AMT | Advanced

Monitor the status of management and security technologies provided by Intel® Management Engine (Intel® ME) using Intel® Management Engine Interface (Intel® MEI).

Service Status

Intel® Active Management Technology (Intel® AMT): Enabled

Event History

| Comment | Application | Event | Time ^ |
|---|---|---|---|

Note: No action is required on your behalf due to any of the above events.

☑ Enable user notification

☑ Intel® Management and Security Status will be available next time I log on to Windows*

SCANNED
JUN 2 5 2020
U.S. DISTRICT COURT MPLS

? Learn more

OK | Close | Apply

Plaintiff's Exhibit #28
Pg 2/2



Plaintiff's Exhibit A29

RECEIVED BY MAIL
JUN 24 2[illegible]
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

```
<?xml version="1.0" encoding="UTF-8"?>
<DataProtectionUserConfig SchemaVersion="1">
  <UserName>Jail</UserName>
  <FriendlyName>Jail</FriendlyName>
  <PCName>MININT-QG7H4BR</PCName>
  <UserId>82283d52-f4b4-4269-903b-a8802782e910</UserId>
  <UserFolder>C:\Users\Jail\Intel</UserFolder>
  <UserFolder>C:\Users\Jail\Searches</UserFolder>
  <UserFolder>C:\Users\Jail\Desktop</UserFolder>
  <UserFolder>C:\Users\Jail\OneDrive</UserFolder>
  <UserFolder>C:\Users\Jail\Contacts</UserFolder>
  <UserFolder>C:\Users\Jail\Pictures</UserFolder>
  <UserFolder>C:\Users\Jail\Favorites</UserFolder>
  <UserFolder>C:\Users\Jail\Videos</UserFolder>
  <UserFolder>C:\Users\Jail\Music</UserFolder>
  <UserFolder>C:\Users\Jail\Downloads</UserFolder>
  <UserFolder>C:\Users\Jail\Documents</UserFolder>
  <UserFolder>C:\Users\Jail\Links</UserFolder>
  <UserFolder>C:\Users\Jail\Saved Games</UserFolder>
  <LocalCatalogPath1>C:\Users\Jail\AppData\Local\Microsoft\Windows\FileHistory\
Configuration\Catalog1.edb</LocalCatalogPath1>
  <LocalCatalogPath2>C:\Users\Jail\AppData\Local\Microsoft\Windows\FileHistory\
Configuration\Catalog2.edb</LocalCatalogPath2>
  <StagingArea>
    <StagingAreaPath>C:\Users\Jail\AppData\Local\Microsoft\Windows\FileHistory\
Data</StagingAreaPath>
    <StagingAreaMaximumCapacity>1278455296</StagingAreaMaximumCapacity>
    <StagingAreaWarningThreshold>958841472</StagingAreaWarningThreshold>
  </StagingArea>
  <AvailabilityPolicies>
    <TargetAbsenceTime>5</TargetAbsenceTime>
    <TimeInUnprotectedState>3</TimeInUnprotectedState>
  </AvailabilityPolicies>
  <RetentionPolicies>
    <RetentionPolicyType>DISABLED</RetentionPolicyType>
    <MinimumRetentionAge>365</MinimumRetentionAge>
  </RetentionPolicies>
  <DPFrequency>3600</DPFrequency>
  <DPStatus>ENABLED</DPStatus>
  <Target>
    <TargetName>Removable Disk</TargetName>
    <TargetUrl>F:\</TargetUrl>
    <TargetVolumePath>\\?\Volume{61d4e3c9-4ffb-11ea-9c2b-c8d3ff9c452e}\</
TargetVolumePath>
    <TargetDriveType>REMOVABLE</TargetDriveType>
    <TargetConfigPath1>Jail\MININT-QG7H4BR\Configuration\Config1.xml</
TargetConfigPath1>
    <TargetConfigPath2>Jail\MININT-QG7H4BR\Configuration\Config2.xml</
TargetConfigPath2>
    <TargetCatalogPath1>Jail\MININT-QG7H4BR\Configuration\Catalog1.edb</
TargetCatalogPath1>
    <TargetCatalogPath2>Jail\MININT-QG7H4BR\Configuration\Catalog2.edb</
TargetCatalogPath2>
    <TargetBackupStorePath>Jail\MININT-QG7H4BR\Data</TargetBackupStorePath>
    <TargetWarningThreshold>98</TargetWarningThreshold>
  </Target>
</DataProtectionUserConfig>
```

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS