Michael B. Hari
Sherburne County Jail
13880 Business Center Drive N.W.
Elk River MN 55330-1692

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Clerk of the Court
U.S. District Court, District of MN
202 U.S. Courthouse
300 S. Fourth
Minneapolis MN 55415

June 19, 2020

To the Clerk:

Please find enclosed for filing
1. A civil rights complaint captioned
    Michael B. Hari v. Joel Smith et al.
2. Motion for Leave to File IFP
3. 1 year's inmate accounts for Sherburne Co Jail.
4. U.S. Marshal Form 285's for each defendant.

Index of Exhibits to follow under seperate cover.

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

Sincerely,
Michael Hari
Plaintiff Pro Se