

M HARI 20749
Sherburne County Jail
13880 Business Center Drive N.W.
Elk River, MN 55330-1692

Office of the Clerk
United States District Court
District of Minnesota
202 U.S. Courthouse
300 S. Fourth
Minneapolis MN 55415

RECEIVED BY MAIL
JUN 24 2020
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
JUN 25 2020
U.S. DISTRICT COURT MPLS

SPECIAL PRIVILEGED LEGAL MAIL SEAL BEFORE INMATE

1/2



PRIVILEGED
SPECIFIC LEGAL MAIL
SEAL BEFORE INWARD